```
                    IN THE UNITED STATES DISTRICT COURT
                     FOR THE SOUTHERN DISTRICT OF OHIO
                              EASTERN DIVISION
```

**SHANE BAKER,**

    **Plaintiff,**

  V.                                                  **Case No. 2:13-cv-0034**
                                                        **Judge Smith**
                                                        **Magistrate Judge King**

**JOEL E. KAYE, M.D.,** *et al.***,**

    **Defendants.**

<u>ORDER</u>

On January 16, 2015, the United States Magistrate Judge recommended that defendants' motion for summary judgment, ECF 41, be granted. *Report and Recommendation*, ECF 48. Although the parties were advised of their right to object to that recommendation and of the consequences of their failure to do so, there has been no objection.

The *Report and Recommendation*, ECF 48, is **ADOPTED AND AFFIRMED.** Defendants' motion for summary judgment, ECF 41, is **GRANTED.**

The Clerk is **DIRECTED** to enter **FINAL JUDGMENT** in this case.

                                                       *s/George C. Smith*
                                                       **George C. Smith, Judge**
                                                       **United States District Court**